PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Keith Cashwell

Name of Sentencing Judicial Officer: Honorable Joel A. Pisano

Date of Original Sentence: 8/27/02

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 60 months Imprisonment, 3 years Supervised Release

Type of Supervision: Supervised Release             Date Supervision Commenced: 04/19/05

Assistant U.S. Attorney: William H. Devaney          Defense Attorney: Esther Salas

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On March 18, 2006, the Union County Prosecutor's Office Narcotics Strike Force arrested and charged Cashwell with 1) Possession of CDS; 2) Possession of Cocaine with Intent to Distribute; and 3) Possession of Cocaine with intent to distribute within 500 feet of a Public Housing project.. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Nancy Hildner
Senior U.S. Probation Officer
Date: 3/28/06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

3/31/06

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**ERIC K. SNYDER**
**MATTHEW F. MILLER**
**THOMAS C. MILLER**

March 28, 2006

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

Honorable Joel A. Pisano
United States District Court Judge
U.S. District Court
Martin Luther King Jr.
Federal Building and Courthouse
50 Walnut Street
Newark, N.J. 07102

RE:  CASHWELL, Keith
DKT: 01-00469(JAP)
**Request for Warrant for Violation**
**Supervised Release**

Dear Judge Pisano:

On August 27, 2002, the above referenced individual was sentenced by Your Honor to 60 months Imprisonment to be followed by 3 years Supervised Release for the offense of Possession of a Firearm by a Convicted Felon. As a special condition, drug treatment was ordered.

Cashwell has violated the conditions of his supervised release as outlined in the attached Probation Form 12C and Violation of Supervised Release Report, which we have attached for Your Honor's review and signature. We would request that a warrant for violation of supervised release be issued.

Should Your Honor have any questions or wish to discuss this matter further, we remain available.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Nancy Hildner
Senior U.S. Probation Officer

NH/vjf